# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br><br><br>DEFENDANT. | CASE NUMBER<br><br><br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

   ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
   ☐ ordering release upon certain conditions, or
   ☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:



Relief sought *(be specific):*



Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐  Telephonic notice given to  ☐ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation on _____ .

An interpreter is  ☐ required  ☐ not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

_____          _____
Date                            Moving Party

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)