Name & Address:

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

CHARLES C. BROWN (179365)
1 S. Fair Oaks Avenue, Suite 204
Pasadena, CA 91105
(626) 354-9322
charlesbrown@parzivalgroup.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 24-CR-00461-FMO |
| v. | |
| JOSE JAIME GARCIA | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Honorable Jacqueline Chooljian

on August 29, 2024 at 12:30 ☐ a.m. ☑ p.m.

in courtroom 750.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

August 28, 2024          Kerri Hays               213-894-2921
Date                     Deputy Clerk             Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☑ PSA